IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **11-cv-1688-AP**

**ANDREW PAUL,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Unopposed Motion to Amend Briefing Schedule (doc. #11), filed November 3, 2011, is **GRANTED**.  Opening Brief is due December 5, 2011; response brief is due January 4, 2012; reply brief is due January 17, 2012.

Dated:  November 3, 2011