IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **11-cv-1688-AP**

**ANDREW PAUL,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Unopposed Plaintiff's Motion to Amend Briefing Schedule (doc. #18), filed February 13, 2012, is **GRANTED**.  Plaintiff'S Reply Brief is due March 2, 2012.

Dated:  February 13, 2012