**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-01688-CMA

ANDREW PAUL,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Vacating and Remanding ALJ's Decision Denying Social Security Benefits of Judge Christine M. Arguello entered on September 28, 2012 (ECF No. 28) it is

ORDERED that, the ALJ's decision is hereby VACATED and REMANDED to the Commissioner for proceedings consistent with the court's Order.

Dated at Denver, Colorado this 28th day of September, 2012.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                              By: s/Sandra Hartmann

                              Sandra Hartmann
                              Deputy Clerk